

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2019

No. 04-19-00200-CR

Fred Douglas **HARRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 599480
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

Fred Douglas Harris entered into a plea bargain with the State, and pled nolo contendere to the charged offense. The trial court imposed sentence and signed a certificate stating this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). Harris timely filed a notice of appeal. The clerk's record, which includes the trial court's rule 25.2(a)(2) certification, has been filed. *See* Tex. R. App. P. 25.2(d). This court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." *Id*.

Appellant is hereby given notice that this appeal will be dismissed pursuant to rule 25.2(d) of the Texas Rules of Appellate Procedure unless appellant (1) files a written response **by April 25, 2019**, establishing that this is not a plea bargain case and he does have the right of appeal or (2) obtains an amended certification from the trial court showing that Harris has the right to appeal and causes it to be made part of the appellate record by **April 25, 2019**. *See* Tex. R. App. P. 25.2(d); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, order), disp. on merits, No. 04-03-00176-CR, 2003 WL 21508347 (July 2, 2003, pet. ref'd) (not designated for publication).

We **order** all appellate deadlines suspended until further order of the court. We further **order** the clerk of this court to serve copies of this order on the attorneys of record and the court reporter.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2019.



KEITH E. HOTTLE,
Clerk of Court